UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTRELL VONICQUE BROWN,

        Petitioner,                    Case No. 1:18-cv-974

v.                                      Honorable Paul L. Maloney

LES PARISH,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency.

Dated:  November 15, 2018                /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge